UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                  CR 14-133 S

LOUIS GIRAITIS,
    Defendant.

## ORDER

The Report and Recommendations of United States Magistrate Judge Licoln D. Almond filed on June 16, 2015 (ECF #37) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, the defendant's Motion to Dismiss (ECF #34) is hereby DENIED.

ENTER:

_____
William E. Smith
Chief U.S. District Judge

Date: 8/27/15